No. 6394. YETO *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further proceedings in light of *Johnson* v. *United States,* 352 U. S. 565.

No. ——. HAYWOOD *v.* MERRILL, U. S. CIRCUIT JUDGE, ET AL. C. A. 9th Cir. Motion of National Basketball Assn. to vacate stay heretofore granted by MR. JUSTICE DOUGLAS [*sub nom. Haywood* v. *National Basketball Assn., post,* p. 1204] denied. MR. JUSTICE STEWART and MR. JUSTICE BLACKMUN are of the opinion that the motion to vacate should be granted.

No. ——. GALASSO *v.* COMMANDING OFFICER, U. S. ARMY, FT. HAMILTON, NEW YORK, ET AL. C. A. 2d Cir. Application for stay of mandate of United States Court of Appeals for the Second Circuit and for release on bail denied.

No. 91. ZICARELLI *v.* NEW JERSEY STATE COMMISSION OF INVESTIGATION. Appeal from Sup. Ct. N. J. [Probable jurisdiction noted, *ante,* p. 933.] Application for release on bail denied. MR. JUSTICE DOUGLAS is of the opinion that the application should be granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 1341. JACKSON ET AL. *v.* OGILVIE, GOVERNOR OF ILLINOIS, ET AL. Appeal from D. C. N. D. Ill. Motion to expedite consideration of appeal denied. [For previous order herein, see *ante,* p. 904.]